## RETURN OF SERVICE

**State of Georgia**          County of                    **District Court**

Case Number: 125 CV 01678-SEG-JEM

Plaintiff:
**Rachael Alabi**

vs.

Defendant:
**LVNV FUNDING**

For:
Rachael Alabi



FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 23 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Received by Christopher "Chris" Compton on the 17th day of July, 2025 at 10:24 am to be served on **Lvnv Funding C/O CSC, 1201 Hays Street, Tallahassee, FL 32301**.

I, Christopher "Chris" Compton, do hereby affirm that on the **17th day of July, 2025** at **11:50 am, I:**

**CORPORATE - REGISTERED AGENT:** served by delivering a true copy of the **Summons in a Civil Action, Amended Verified Complaint** with the date and hour of service endorsed thereon by me, to: **Mona Lisa Hart** as **Registered Agent** for **Lvnv Funding C/O CSC**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the Second Judicial Circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing documents and that the facts stated in it are true. Notary not required pursuant to FL Statute 92.525 Sec (2).

**Christopher "Chris" Compton**
Certified Process Server # 101

Process Service of America, Inc., Leon County,
1280 Cedar Center Dr
Tallahassee, FL 32301
(850) 877-9809

Our Job Serial Number: SKT-2025003268