IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RACHAEL ALABI, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 1:25-CV-01678-SEG-JEM |
| | ) |
| LVNV FUNDING LLC, | ) |
| | ) |
| **Defendant.** | ) |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANT LVNV FUNDING LLC

Defendant LVNV Funding LLC ("LVNV" or "Defendant"), by and through undersigned counsel, makes the following disclosure pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.3 of the Northern District of Georgia:

1. The undersigned counsel of record for Defendant certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of Defendant:

    a. LVNV Funding LLC, Defendant;

    LVNV Funding LLC, represents that it is not a publicly held or traded corporation and no publicly held or traded corporation owns more than 10% of its stock. LVNV Funding, LLC, is a non-governmental limited liability company that is 100% owned by

     Sherman Originator, LLC, which is a privately-held limited liability company.

  b. Rachael Alabi, Plaintiff.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Other than the parties identified in response to Disclosure No. 1 above, the attorneys and their law firms identified in response to Disclosure No. 3 below, and any persons or entities who may be identified by the other parties in their Certificates of Interested Persons, Defendant is not aware of any other persons, associations, firms, partnerships, or corporations that may have either a financial interest in or other interest which could be substantially affected by the outcome of this particular case.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

  **a.** **For Defendant LVNV Funding LLC:**

    R. Frank Springfield (GA Bar # 316045)
    BURR & FORMAN LLP
    420 North 20th Street, Suite 3400
    Birmingham, AL 35203
    Telephone: (205) 251-3000
    Facsimile: (205) 458-5100

Email: fspringfield@burr.com

Respectfully submitted this the 4th day of August, 2025.

/s/ R. Frank Springfield
R. Frank Springfield
Georgia Bar No. 316045
fspringfield@burr.com
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL  35203
Telephone:  (205) 251-3000
Facsimile:  (205) 458-5345

Attorney for Defendant
LVNV FUNDING LLC

## **CERTIFICATION OF COUNSEL**

I hereby certify that the foregoing document has been prepared with Times New Roman, 14 point font, in accordance with Local Rule 5.1.

*/s/ R. Frank Springfield*
R. Frank Springfield
Georgia Bar No. 316045
fspringfield@burr.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of August, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the attorney of record:

NONE

I hereby certify that I mailed by United States Postal Service the document to the following non-CMF/ECF participants:

Rachael Alabi<br>
3564 Wesley Chapel Rd<br>
E119<br>
Decatur, GA 30034<br>
Rachael.o.alabi@gmail.com<br>
*Pro se Plaintiff*

    */s/ R. Frank Springfield*
R. Frank Springfield
Georgia Bar No. 316045
fspringfield@burr.com